IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SIMON, | : | |
| Petitioner, | : | 1:13-cv-1765 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WAYNE GAVIN, *et al.*, | : | |
| Respondents. | : | |

# **ORDER**

February 29, 2016

Upon consideration of the Amended Petition (Doc. 24) for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Amended Petition (Doc. 24) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge